UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

NARE OGANESYAN,

                           Plaintiff,

          -against-

TIFFANY AND COMPANY, MARIE
GORDON and NATALIE EL-QAOUD,

                          Defendant.

**ORAL ARGUMENT REQUESTED**

Civ. No. 23-cv-04287 (LAP)(GWG)

**NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY THE ACTION**

---------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that upon the accompanying affidavit of Oliver Pierre, the exhibits annexed thereto, and upon the accompanying Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and Stay the Action, by and through its attorneys, Jackson Lewis P.C., Defendants will move this Court, at the United Sates District Court, Southern District of New York, on a date and time to be determined by this Court, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure compelling arbitration and staying the action, and granting such other and further relief as this Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to United States District Court for the Southern District of New York Local Rule 6.1(b) and this Court's Individual Practices, any opposing affidavits and memoranda shall be served on or before June 27, 2023, and any reply affidavits and memoranda of law shall be served on or before July 4, 2023.

                                       JACKSON LEWIS P.C.
                                       *ATTORNEYS FOR DEFENDANT*
                                       666 Third Avenue, 29th Floor
                                       New York, New York 10017
                                       (212) 545-4000 Telephone
                                       (212) 972-3213 Facsimile
                                       Todd.Girshon@JacksonLewis.com

                                       */s/ Todd H. Girshon*
                          By:   Todd H. Girshon, Esq.

4855-7215-3450, v. 1