UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NARE OGANESYAN,

                Plaintiff(s),

-against-

TIFFANY AND COMPANY, et al.,

                Defendant(s).

23-CV-04287 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

    WHEREAS,

- On May 9, 2023, a Summons and Complaint was filed in the Supreme Court of the State of New York, County of New York;

- On May 23, 2023, this case was removed to the United States District Court for the Southern District of New York;

- On June 13, 2023, Defendants filed a Motion to Compel Arbitration and Stay the Action and accompanying Memorandum of Law;

- On July 5, 2023, Defendants filed a Reply Memorandum of Law in Further Support of its Motion to Compel Arbitration and Stay the Action; and

- Plaintiff has not filed an opposition to the Motion to Compel Arbitration and Stay the Action.

IT IS HEREBY ORDERED that Defendants serve, by **July 21, 2023**, the Motion to Compel Arbitration and Stay the Action (Dkt No. 6), Defendants' Memorandum of Law in Support of its Motion to Compel Arbitration and Stay the Action (Dkt No. 7), Affidavit of Pierre Olivier and accompanying exhibits (Dkt No. 8) and this Order (Dkt No. 10) on Plaintiff. The Court further directs Defendants to file an affidavit reflecting such service on the docket of this case by **July 24, 2023.** Plaintiff is ordered to respond **within five days from the service** of such papers, as a letter filed on the docket, as to why Plaintiff did not file an opposition to the Motion to Compel Arbitration and Stay the Action. If Plaintiff does not file a response within five days from the service of such papers, the Court will consider the motion as unopposed.

Dated: July 17, 2023
       New York, New York

                                                    SO ORDERED.

                                                    *Jessica Clarke*

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge