UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NARE OGANESYAN,

                   Plaintiff,

-against-

TIFFANY AND COMPANY, et al.,

                   Defendants.

23-CV-4287 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff Nare Oganesyan originally filed this action in state court alleging various employment and disability discrimination claims under New York State Human Rights Law, New York City Human Rights Law, and the common law. ECF No. 1-1. Defendants subsequently removed the action to this Court (ECF No. 1), and thereafter, filed a motion to compel arbitration based on agreements executed between them and the Plaintiff as part of her employment. ECF No. 6. On November 16, 2023, the Court granted the motion to compel, and stayed the case pending the parties' arbitration. ECF No. 21.

      On July 31, 2025, the parties jointly filed a letter notifying the Court that the assigned AAA Arbitrator granted summary judgment to Defendants and dismissed all of Plaintiff's claims with prejudice. ECF No. 28. The parties have requested that the Court dismiss this case with prejudice without an attorney's fees and costs award. *Id.* The Court therefore construes the letter as requesting a voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

1

2

In light of the foregoing, this matter is HEREBY DISMISSED, with PREJUDICE, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear their own attorney's fees and costs. The Clerk of Court is respectfully directed to CLOSE this case.

Dated: August 6, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge